JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert W. Vogler
42 Boulder Hill Road
Ridgefield, CT 06877

**(b)** County of Residence of First Listed Plaintiff: **Fairfield**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jeffrey M. Sklarz, Eric L. Green, Green & Sklarz, 700 State Street, Suite 304, New Haven, CT 06511 (203) 285-8545

## DEFENDANTS
United States of America

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | | | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| | | ☐ 791 Employee Retirement Income Security Act | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 465 Other Immigration Actions | | |
| | / ☐ 540 Mandamus & Other | | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1346(a)(1) and 26 USC 6694(c)
Brief description of cause:
Complaint for redetermination/refund of tax preparer penalties

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE: 06/26/2014
SIGNATURE OF ATTORNEY OF RECORD: /s/ Jeffrey M. Sklarz (ct20938)

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT W. VOGLER | : | CIVIL ACTION NO. |
| Plaintiff | : | |
| v. | : | |
| UNITED STATES OF AMERICA | : | |
| Defendant | : | JUNE 26, 2014 |

## COMPLAINT

The plaintiff, Robert W. Vogler ("Plaintiff"), hereby brings this complaint for refund of payment concerning tax related penalties and redetermination of tax related penalties against the United States of America ("Defendant"), upon information and belief, as set forth below:

## PARTIES

1. The plaintiff, Robert W. Vogler (the "Plaintiff"), is a resident of the State of Connecticut with a place of residence at 42 Boulder Hill Road, Ridgefield, Connecticut.

2. The defendant, United States of America ("Defendant"), is the proper party in interest for seeking refund of monies paid to the Internal Revenue Service (the "IRS").

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1346(a)(1) and 26 U.S.C. § 6694(c)(2).

4. This Court has personal jurisdiction and venue over this matter as Plaintiff is a resident of the State of Connecticut. Defendant is amenable to service of process pursuant to Fed. R. Civ. P. 4(i).

1

**COUNT ONE:**
**Claim for Refund and Redetermination of Tax Penalty Pursuant to 26 U.S.C. § 6694(c)(2)**

5.  Plaintiff is an accountant who is registered with the IRS to file tax returns on behalf of clients.

6.  Plaintiff provides tax preparation services through his company, RWV Management Corporation ("RWV").

7.  In 2009 and 2010 Plaintiff, through RWV, prepared the Form 1120S Federal Income Tax Returns ("Form 1120S") for Core Value Coaching, Newtown Traders Inc., New England Tree Inc., Customer Marketing Group LLC, Northeastern Supply LLC, Robert A. Pote Inc., Able Painting & Restoration LLC, JRS Remodeling LLC, Svenmedia Productions LLC, RT Builder Inc., Law Officers of Patrick Walsh LLC, Thomas A. Yates Stonework LLC, and Top Notch Painting LLC (the "Tax Preparation Clients").

8.  All of the Tax Preparation Clients were taxes as so-called "subchapter-S" corporations.

9.  Plaintiff did not assist and/or consult with the Tax Preparation Clients with preparation of quarterly tax returns, such as a Form 941 employment tax return.

10. As is typical in the industry, the Tax Preparation Clients would come to Plaintiff *after* the end of the applicable tax year for preparation of their Form 1120S by March 15th (or September 15th, if an extension was filed) for the applicable tax year.

11. Plaintiff correctly reported information provided to him by the Tax Preparation Clients on the Form 1120S for each Tax Preparation Client.

12. On or about November 19, 2012, the IRS issued an Examination Report and proposed assessing a tax return preparer penalty pursuant to 26 U.S.C. § 6694(a) in the amount of $1,000 per return, for understatement of tax due to an unreasonable position, and 26 U.S.C. §

2

6694((b) in the amount of $4000 per return, for understatement of tax due to a willful or reckless conduct.

13.   In summary, the Examination Report explains that the IRS assessed return preparer penalties because the IRS believed that Plaintiff should have required the Tax Preparation Clients to take a "reasonable salary" as employees of subchapter-S corporations.

14.   The IRS took this position even though the Tax Preparation Clients did not provide Plaintiff with information that they had paid themselves a salary during each applicable tax year.

15.   Plaintiff had always advised *all* of the Tax Preparation Clients that shareholder-employees must take reasonable salaries, including by way of written materials.

16.   Thereafter, Plaintiff protested and appealed the proposed assessment.

17.   The IRS denied the appeal.

18.   Thereafter, pursuant to 26 U.S.C. § 6694(c), Plaintiff paid fifteen (15%) percent of the penalty assessed and requested a refund thereof (the "Refund Request").

19.   By letter dated May 29, 2014, the IRS denied the Refund Request.  (A copy of the denial of the Refund Request is attached hereto as Exhibit A.)

20.   The IRS' assessment of the above referenced tax return preparer penalties pursuant to 26 U.S.C. §§ 6694(a) and 6694(b) (the "Penalties") were improperly assessed, and/or the Refund Request was improperly denied, for one or more of the following reasons:

   a.   The tax returns prepared for the Tax Preparation Clients were correct as filed based on the information provided by each client;

3

        b.        The IRS cannot require a tax preparer, such as Plaintiff, to create a "reasonable salary" for the shareholder-employee of a subchapter-S corporation after the close of the applicable tax year as only the IRS can make such determinations;

        c.        The IRS improperly applied 26 U.S.C. §6694(a and/or b) to require the assessment of tax preparer penalties;

        d.        The IRS failed to consider and apply the facts to the law; and

        e.        The IRS failed to otherwise apply the provisions of 26 U.S.C. § 6694 in an appropriate manner.

21.    As a direct and proximate result of the acts, conduct and/or omissions of the IRS, Plaintiff has been caused to suffer harm and damages.

22.    Therefore, Plaintiff is entitled to redetermination of the assessment of the Penalties and/or abatement of the of the Penalties and/or a refund, plus interest, of the amounts paid with respect to the Penalties.

**WHEREFORE**, Plaintiff pray for the following relief:

1. Redetermination of the assessment of the Penalties;

2. Abatement of the Penalties;

3. Refund of the payments made with respect to the penalties;

4. Interest;

5. Attorneys' fees; and

6. Such other relief as the Court may deem just and proper.

                THE PLAINITFF: Robert W. Vogler

                By:   /s/ Jeffrey M. Sklarz
                        Jeffrey M. Sklarz (ct20938)
                        Eric L. Green (ct27451)
                        Green & Sklarz LLC
                        700 State Street, Suite 304
                        New Haven, CT 06511
                        (203) 285-8545
                        Fax: (203) 823-4546
                        jsklarz@gs-lawfirm.com

**Internal Revenue Service**
**Small Business and Self-Employed**
135 High Street Stop 190
Hartford CT 06103-1185

**Department of the Treasury**

Date: MAY 2 9 2014

Taxpayer Identification Number:
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

Form:
8278

Tax Period(s) Ended:
December 31, 2009

Robert Vogler
42 Boulder Hill Road
Ridgefield, CT 06877-5002

Person to Contact:
Ms. Knight

Contact Telephone Number:
860-756-4414

Contact Fax Number:
860-756-4458

**CERTIFIED MAIL**
**No** 7009 0820 0000 8498 1345

Employee Identification Number:
0669474

Refer Reply to:

Last Date to Respond to this Letter:   AUG 2 7 2014

Dear Taxpayer:

This letter is your legal notice that we have fully disallowed your claim for a refund and an adjustment to the preparer penalty, under Section 6694 of the Internal Revenue Code, with respect to an understatement of a taxpayer's tax liability.

In order to recover any penalty and related interest for which this disallowance notice is issued, you must pay the entire penalty and interest within three years from the original payment due date. You may then file suit in United States District Court or the United States Court of Federal Claims within two years from the date of this notice. However, if you file this claim within thirty days of the first notice of assessment, then you must file suit in your United States District Court by the earlier of these two dates:

- Six months and 30 days from the date you filed this claim, or
- 30 days from the date of this notice

If you have any questions, please refer to the enclosed Publication 5, *Your Appeal Rights and How to Prepare a Protest If You Don't Agree,* and Publication 556, *Examination of Returns, Appeal Rights, and Claims for Refund.* If you have additional questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

*Kevin Harris*

Kevin Harris
Technical Services Territory Manager, NAA

Enclosures:
Publication 5
Publication 556

Letter 906-P (7-2008)
Catalog Number 51556P

EXHIBIT A