UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT W. VOGLER, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 3:14-cv-928-JCH |
| v. : | |
| : | Judge Janet C. Hall |
| UNITED STATES OF AMERICA, : | |
| : | |
| Defendant. : | |
| : | |

### DEFENDANT UNITED STATES' MOTION
### TO DISMISS FOR LACK OF JURISDICTION[1]

The defendant United States of America, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, moves this Court to dismiss all claims in this refund suit for lack of subject-matter jurisdiction on the grounds that Robert Vogler has failed to comply with either the full payment rule of Flora v. United States, 362 U.S. 145 (1960), or the limited exception to that rule contained in 26 U.S.C. § 6694(c)(2).  As set forth more fully in the accompanying memorandum of law, (1) Mr. Vogler has not paid the full amount of the assessed penalties, prohibiting jurisdiction under 28 U.S.C. § 1346(a)(1), and (2) he has failed to comply with the jurisdictional requirements of 26 U.S.C. § 6694(c)(2) because he (a) has failed to submit proper claims for refund with respect to three of the four assessed tax penalties, and (b) has failed to file a timely refund suit with respect to the only penalty for which a claim for refund was made. Consequently, this Court lacks jurisdiction over this refund suit unless and until Robert Vogler complies with Flora and files a refund suit in accordance with the requirements of 26 U.S.C. § 7422(a).

---

[1] Due to the complexity of the issues addressed in this motion, the United States requests oral argument with respect to this motion.

-2-

The declaration of John Carroll and Exhibit A are attached to this motion. A memorandum of law is being filed contemporaneously with this motion.

WHEREFORE, the defendant United States of America requests that all claims in the complaint be dismissed for lack of subject-matter jurisdiction.

Dated: October 3, 2014

                                        TAMARA W. ASHFORD
                                        Acting Assistant Attorney General
                                        Tax Division, U.S. Department of Justice

                                        /s/ *Austin L. Furman*
                                        AUSTIN L. FURMAN (phv02475)
                                        Trial Attorney
                                        U.S. Department of Justice, Tax Division
                                        P.O. Box 55, Ben Franklin Station
                                        Washington, D.C. 20044-0055
                                        (202) 307-2007
                                        (202) 514-5238 (FAX)
                                        Austin.L.Furman@usdoj.gov

*Local Counsel*:

DEIRDRE M. DALY
United States Attorney

ALAN M. SOLOWAY
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I certify that on October 3, 2014, I electronically filed the Defendant United States' Motion To Dismiss For Lack Of Jurisdiction.  The document has been electronically served upon the following through the ECF system:

Jeffrey M. Sklarz for the plaintiff

 /s/ *Austin L. Furman*
AUSTIN L. FURMAN (phv02475)
Trial Attorney, Tax Division