| Form **6118** (Rev. August 2009) Department of the Treasury Internal Revenue Service | **Claim for Refund of Tax Return Preparer and Promoter Penalties** ► For Penalties Assessed Under IRC Sections 6694, 6695, 6700, and 6701. ► See instructions on page 2. | | OMB No. 1545-0240 |
|---|---|---|---|
| Print or Type | Name of preparer or promoter ROBERT VOGLER | RECEIVED | Identifying number See instructions. [redacted] |
| | Address to which statement(s) of notice and demand were mailed 42 BOULDER HILL RD | H 03 0 2013 | |
| | City, town or post office, state, and ZIP code RIDGEFIELD CT 06877 | Ogden, UT | IRS office that sent statement(s) OGDEN UT |
| | Address of preparer shown on return(s) for which penalties were assessed (if different from above) | | |

**Type of Penalty.** Enter letter in column (c) below.

- A Understatements due to unreasonable positions—section 6694(a)
- B Willful or reckless conduct (intentional disregard of rules and regulations)—section 6694(b)
- C Failure to furnish copy of return or claim for refund to taxpayer—section 6695(a)
- D Failure to sign return or claim for refund—section 6695(b)
- E Failure to furnish identifying number—section 6695(c)
- F Failure to retain copy or list—section 6695(d)
- G Failure to file a record of return preparers—section 6695(e)(1)
- H Failure to include an item in the required record of return preparers—section 6695(e)(2)
- I Negotiation of check—section 6695(f)
- J Failure to exercise due diligence in determining eligibility and/or amount of, the earned income credit—section 6695(g)
- K Promoting abusive tax shelters, etc.—section 6700
- L Aiding and abetting understatement of tax liability—section 6701
- M Other (specify) (see instructions)

RECEIVED OSC 171  SEP 16 2013  OP Group Dept BB  IRS OGDEN, UTAH

**Identification of Penalties.** Enter the information from your statement.

| | (a) Statement document locator number (DLN) | (b) Date of statement | (c) Type of penalty | (d) Name(s) of taxpayer(s) |
|---|---|---|---|---|
| 1 | 29251-224-13500-13 | 8/12/13 | A | (SEE ATTACHED) |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |

RECEIVED OSC 03  OCT 15 2013  OP's 1 Dept 2  IRS OGDEN, UTAH

| | (e) Taxpayer's identification number | (f) Form number | (g) Tax year | (h) Amount assessed | (i) Amount paid | (j) Date paid (mo., day, yr.) |
|---|---|---|---|---|---|---|
| 1 | (SEE ATTACHED) | (SEE ATTACHED) | (SEE ATTACHED) 12/31/09 | 13,000.00 | 1950.00 | 9/10/13 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |

RECEIVED SEP 10 2013 IRS OSC OGDEN, UT

**Amount of Claim.** Enter the total of column (i), lines 1 through 12 . . . ► 1950.00

**Sign Here** — Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature: [signed] Date: 9/10/13

For Privacy Act and Paperwork Reduction Act Notice, see back of form.   Cat. No. 24415J   Form **6118** (Rev. 8-2009)

ENVELOPE POSTMARK DATE SEP 10 2013

Statute searched by ICT TE 3 0436826776 SEP 10 13

**Government Exhibit A**

Form 6118 (Rev. 8-2009)                                                                                                                      Page **2**

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

### Purpose of Form

Use Form 6118 if you are a tax return preparer or a promoter and want to claim a refund of preparer or promoter penalties you paid but that you believe were incorrectly charged.

### Claims for More Than One Penalty

If you are claiming a refund for more than one of the penalties listed, you may be able to combine some of the penalties on one Form 6118. Follow the chart below for combining the penalties. See *Type of Penalty* on the form for the list of penalties.

| IF you were billed... | THEN combine penalties... |
|---|---|
| On the same statement | G and H only |
| On separate statements but by the same IRS office or service center | C, D, E, and F only<br>Note. Be sure to group the penalties from each statement together. |

You cannot combine:

- Penalties from different IRS offices or service centers. See *Where and When To File* below.
- Penalties A, B, I, J, K, L, and M. You must file a separate Form 6118 for each of these even if you were charged for two or more of the same type.
- Penalties K and L. You must file a separate Form 6118 for each of these even if you were charged with both. Only columns (b), (c) and (g) through (j) need to be completed for penalties under sections 6700 and 6701.

### Where and When To File

File Form 6118 with the IRS service center or IRS office that sent you the statement(s). If you were assessed a penalty under section 6700, 6701, or 6694, you may file a claim for refund upon paying 15% of the penalty if you do so within 30 days from the date of notice and demand. Otherwise, your claim under sections 6700 and 6701 must be filed within 2 years from the date you paid the penalty in full. Your claim under sections 6694 and 6695 must be filed within 3 years from the date you paid the penalty in full.

## Specific Instructions

### Identifying Number

If you are self-employed or employed by another preparer or promoter, enter your social security number. If you are the employer of other preparers or promoters, enter your employer identification number.

### Type of Penalty

For item M (other penalties), enter the name of the penalty and the corresponding Internal Revenue Code section.

### Additional Information

You may want to attach a copy of the penalty statements to your claim. In addition to completing the form, you must give your reasons for claiming a refund for each penalty listed. Identify each penalty by its line number and write your explanation in the space below.

For additional information about refunds of preparer penalties, see Regulations section 1.6696-1.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Subtitle F, Procedure and Administration, allows for additions to tax, additional amounts, and assessable penalties. This form is used by return preparers to make a claim for refund of any overpaid penalty amount. Section 6696 requires the return preparer to provide the requested information including his taxpayer identification number (SSN or EIN) within the prescribed time for filing a claim for refund.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

Generally, tax returns and return information are confidential, as required by section 6103. However, section 6103 allows or requires the Internal Revenue Service to disclose or give the information shown on your return to others as described in the Code. For example, we may disclose your tax information to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping, 6 min.; Learning about the law or the form, 19 min.; Preparing the form, 22 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send this form to this address. Instead, see *Where and When To File* above.

---

Reasons for claiming refund. Attach additional sheets if more space is needed. Write your name and identifying number on each sheet.

__(SEE ATTACHED)_____

_____

_____

_____

ROBERT VOGLER
ATTACHMENT TO FORM 6118
REASON FOR CLAIMING REFUND
FOR THE YEARS
2009 - 2010

The above referenced individual has been assessed a penalty under 6694(a) & (b). I have paid the required 15% of the assessed amount in order to seek a refund because the penalty has been incorrectly asserted against me for the following reasons:

a) In order for the penalty to be asserted under Section 6694, the following legal positions must be present :
    (1) There must be a conduct.
    (2) There must be an understatement of liability.
    (3) There must be a return or a claim for refund.

These are the basic components of Section 6694(a).

b) The definition of a "conduct" is found in 1-6694-2(a) (1) for it speaks of the "Proscribed conduct". This is then defined as ...."a tax return preparer is liable for a penalty under 6694(a) equal to the greater of $1000.00 or 50 percent of the income derived (or to be derived) by the tax return preparer for any return or claim for refund that ...it prepares....that results in an understatement of liability...". The key word here is "it prepares" and this can be interpreted as "the firm prepares returns in its course of work. This "conduct" of preparing a tax return also means there is associated with it a liability and that an understatement of liability exists.. Thus, the word "conduct" means, that the firm regularly prepares such returns as part of its practice.

c) This firm does not "PREPARE PAYROLL TAX RETURNS". The agent in her review noted this in her work papers. This was further explained to the Appeal Officer who also shrugged off this factual evidence. This fact is most important here, because you can not be assessed a penalty unless you perform the "Proscribed Conduct" as stated in the regulations at 1.6694-2(a) & 1.6694-3(a). The courts have defined this term and without it a preparer would not be subject to the penalty.

d) I have met the test under 1-6694-2(a)(1)(iii) and under 1-6694-2(d)(1) by having a "Reasonable Basis" which means the following:
    (a) the preparer has relied in good faith without verification
    (b) upon information supplied by the taxpayer

CONCLUSION:

The imposition of penalty was incorrectly assessed and needs to be abated. The regulations & relevant court cases clearly show that the preparer in these cases could not be liable for a penalty simply due to the fact there is not "PROSCRIBD CONDUCT" being performed by either the Firm or the preparer. This claim should be approved based on the Law as written.