UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT W. VOGLER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:14-cv-928-JCH

Judge Janet C. Hall

## DECLARATION OF JOHN CARROLL

I, John Carroll, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an Advisor for the Internal Revenue Service ("IRS") with the IRS North Atlantic Area Advisory Group. I have reviewed the records of the IRS as they relate to Robert W. Vogler, and the following statements are based on my review of those records.

2. On August 12, 2013, a delegate of the Secretary of the Treasury made four assessments against Robert W. Vogler for penalties for understatement of a taxpayer's liability for a return preparer (26 U.S.C. § 6694): two assessments related to the 2009 taxable year in the amounts of $13,000.00 and $52,000.00 each, and two assessments related to the 2010 taxable year in the amounts of $13,000.00 and $52,000.00 each.

3. On the date of each of the four assessment described in Paragraph 2, above, a delegate of the Secretary of Treasury sent notice of the assessment and demand for payment to Robert W. Vogler.

4. On September 13, 2013, payments in the amounts of $7,800.00 and $1,950.00 were received and applied towards the understatement penalties referenced in Paragraph 2, above, related to the 2009 taxable year, and payments in the amounts of $7,800.00 and $1,950.00

were received and applied towards the understatement penalties referenced in Paragraph 2, above, related to the 2010 taxable year. In addition, refunds due to Robert W. Vogler for overpayment of his federal income tax for the 2011 taxable year in the amount of $8.49 and for overpayment of his federal income tax for the 2013 taxable year in the amount of $2,428 were applied towards the understatement penalties referenced in Paragraph 2, above, related to the 2009 taxable year.

5. Other than the payments referenced in Paragraph 4, above, no other payments have been applied towards the understatement penalties referenced in Paragraph 2, above, and balances remain due and owing respect to all such penalties.

I declare under penalty of perjury, that the foregoing is true and accurate. Executed on this 1st day of October 2014, Providence, Rhode Island.

John Carroll
IRS Advisor