UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT W. VOGLER | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff | : | 3:14 CV 00928 (JCH) |
| | : | |
| V. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant | : | OCTOBER 31, 2014 |

**OBJECTION TO MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION
FILED BY DEFENDANT, UNITED STATES OF AMERICA**

The plaintiff, Robert W. Vogler ("Plaintiff" or "Mr. Vogler"), hereby objects to the *Motion to Dismiss for Lack of Jurisdiction* (the "Motion to Dismiss," doc. #14) filed by the defendant, United States of America ("Defendant" or "USA").  For the following reasons, as fully supported in the memorandum of law filed concurrently herewith, the Court should deny the USA's Motion to Dismiss.

This Court has subject matter jurisdiction over this case because: (1) Plaintiff has complied with the requirements of § 6694(c)[1] to vest this Court with refund jurisdiction; (2) a penalty assessed under § 6694 is a "divisible tax" and Plaintiff has met the requirements of applicable law for establishing refund jurisdiction; (3) nothing in § 6694(c)(2) deprives the Court of jurisdiction over this case and (4) the USA seeks to read § 6694(c)(2) in aberrance of its plain meaning and in violation of the rules of English grammar.

Plaintiff timely filed his refund claim challenging the tax penalties improperly assessed against him.  He then filed a lawsuit for refund after the six month mandated waiting period,

---

[1] Unless otherwise stated, all statutory references are to Title 26 of the United States Code (the "Tax Code" or "Code").

within thirty days of receipt of his notice of denial of refund and within two years of the filing of his refund request. Accordingly, Plaintiff has complied with the requirements of §§ 6694, 6532 and 7422 so that this Court has refund jurisdiction. Consequently, the Court should deny the USA's Motion to Dismiss, which is premised on incorrect facts and improper reading of the law.

WHEREFORE, for the above stated reasons, the Court should deny the USA's Motion to Dismiss and grant such other relief as is just and proper.

                THE PLAINTIFF: Robert W. Vogler

By: /s/ Jeffrey M. Sklarz
Jeffrey M. Sklarz (ct20938)
Green & Sklarz LLC
700 State Street, Suite 304
New Haven, CT 06511
(203) 285-8545
Fax: (203) 823-4546
jsklarz@gs-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date:   October 31, 2014                /s/ Jeffrey M. Sklarz