## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT W. VOGLER | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff | : | 3:14 CV 00928 (JCH) |
| | : | |
| V. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant | : | NOVEMBER 2, 2014 |

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a)(1)(B) and (2), the plaintiff, Robert W. Vogler ("Plaintiff" or "Mr. Vogler"), respectfully moves this Court for leave to file an amended complaint. A redlined version of the proposed Amended Complaint is attached to the memorandum of law in support hereof as Exhibit A. The Courts should grant this motion or the reasons set forth below as fully briefed in the memorandum of law filed concurrently herewith.

1.      The Court should permit Plaintiff to amend his complaint to add a second count to clarify that the Court has subject matter jurisdiction under the 26 U.S.C. §§ 6532 and 7422.[1] The Tax Code affords the United States District Courts jurisdiction to hear claims for the refund of taxes paid where (a) a claim for refund has been pending with the Internal Revenue Services ("IRS") for more than six months, (b) the tax has been paid and (c) the lawsuit is filed not more than two years after the payment of the tax. Here, Plaintiff has met these requirements.

2.      Because the defendant, United States of America (the "USA"), has moves to dismiss the instant lawsuit claiming it was not timely filed under the provisions of § 6694(c)(2) (concerning refunds of tax penalties assessed under § 6694(a)), §§ 6532 and 7422 provide this

---

[1] Unless otherwise stated, all statutory references are to Title 26 of the United States Code, 26 U.S.C. § 1 *et seq.* (the "Code" or "Tax Code")

Court with an alternate basis for subject matter jurisdiction. Amending a complaint is appropriate where doing so removes a reason to dismiss the complaint for a procedural reason.

      3.      This is the first request to amend filed by Plaintiff.

      4.      The USA as indicated that it intends to object to this motion.

      WHEREFORE, the Court should grant this motion and allow amendment of the Complaint as set forth in <u>Exhibit A</u> to the memorandum of law and enter such other relief as is just and proper.

THE PLAINTIFF: Robert W. Vogler

By:     _/s/ Jeffrey M. Sklarz_____
Jeffrey M. Sklarz (ct20938)
Green & Sklarz LLC
700 State Street, Suite 304
New Haven, CT 06511
(203) 285-8545
Fax: (203) 823-4546
jsklarz@gs-lawfirm.com

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date:   November 2, 2014           _/s/ Jeffrey M. Sklarz_____